Form NTCFTFC7

# United States Bankruptcy Court
### Northern District of Illinois
### Western Division
### 327 South Church Street
### Rockford, IL 61101

In Re:

Danny Carney
273 Ellen St
Sycamore, IL 60178
SSN: xxx−xx−9767 EIN: N.A.

Case No. : 12−84145
Chapter : 7
Judge :    Manuel Barbosa

Debtor's Attorney:
Brian K Wright
Wright & Associates
525 Tyler Rd, Suite Q2
St. Charles, IL 60174

Trustee:
Bernard J Natale
Bernard J. Natale, Ltd.
6833 Stalter Drive
Suite 201
Rockford, IL 61108

815−964−4700

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **October 31, 2012** .

1. **March 22, 2013** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **March 22, 2013** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 20, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court