Form NTCFTFC7

# United States Bankruptcy Court
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

In Re:
Danny Carney
273 Ellen St
Sycamore, IL 60178
SSN: xxx−xx−9767 EIN: N.A.

Case No. :  12−84145
Chapter :  7
Judge :  Manuel Barbosa

---

Debtor's Attorney:
Brian K Wright
Wright & Associates
525 Tyler Rd, Suite Q2
St. Charles, IL 60174

Trustee:
Bernard J Natale
Bernard J. Natale, Ltd.
6833 Stalter Drive
Suite 201
Rockford, IL 61108

815−964−4700

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on **October 31, 2012** .

1. **March 22, 2013** is fixed as the last day for the filing of claims by creditors other than governmental units.

2. **March 22, 2013** is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: December 20, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-84145-MB
Danny Carney                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3              Date Rcvd: Dec 20, 2012
                              Form ID: ntcftfc7           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2012.
```
db         +Danny Carney,    273 Ellen St,    Sycamore, IL 60178-1305
19646442   +Alice Carney,    273 Ellen St,    Sycamore, IL 60178-1305
19646449   +Chase Mtg,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19646450   +Cheryl Column,    co Klein, Stoddard, Buck, Waller & Lewis,    2045 Aberdeen Court, Suite A,
             Sycamore, IL 60178-3140
19646456   +Harris & Harris,    222 Merchandise Mart Plaza,    Suite 1900,   Chicago, IL 60654-1421
19646457   +Horizon Fin,   8585 Broadway #88,    Merrillville, IN 46410-5661
19646458   +Howard & Howard,    200 South Michigan,    Suite 1100,   Chicago, IL 60604-2461
19646460   +Jeff Bridge,    552 Independence Ave,    Sycamore, IL 60178-2022
19646461   +Joe Hand Promotions,    c/o Jekielek & Janis,    203 E. Pennsylvania Blvd,
             Feasterville, PA 19053-7845
19646464   +Medical Recovery Specialists,    2250 E. Devon Ave,    Suite 352,   Des Plaines, IL 60018-4519
19646466   +Northstar Location Services, LLC,     Attn: Financial Services Dept,    4285 Genesee St.,
             Cheektowaga, NY 14225-1943
19646467   +Perry Spohn,    105 Quinlan Ave,    DeKalb, IL 60115-8205
19646469   +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
19646470   +Slater, Tenaglia, Fritz & Hunt, P.A.,     Po Box 8500,   Philadelphia, PA 19178-8500
19646472   +Steve Richardson,    241 Ellen St.,    Sycamore, IL 60178-1305
19646473   +Torres Crdit,    TCS Inc.,   PO Box 189,    Carlisle, PA 17013-0189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: BBJNATALE.COM Dec 21 2012 00:28:00      Bernard J Natale,    Bernard J. Natale, Ltd.,
             6833 Stalter Drive,   Suite 201,    Rockford, IL 61108-2582
19646443    EDI: HNDA.COM Dec 21 2012 00:28:00      American Honda Finance*,    PO Box 168088,
             Irving, TX, 75016
19646444    EDI: APPLIEDBANK.COM Dec 21 2012 00:28:00      Applied Bank,    601 Delaware Ave,
             Wilmington, DE 19801
19646441   +EDI: AFNIRECOVERY.COM Dec 21 2012 00:28:00      Afni*,    Attention: Bankruptcy,
             1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
19744654   +EDI: ATLASACQU.COM Dec 21 2012 00:28:00      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
19646445   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Dec 21 2012 00:59:07
             Capital One Auto Finance*,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
19646447   +EDI: CAPITALONE.COM Dec 21 2012 00:28:00      Capital One, N.a.*,    Capital One Bank USA N.A.,
             PO Box 30285,   Salt Lake City, UT 84130-0285
19646448   +EDI: CHASE.COM Dec 21 2012 00:28:00      Chase Mht Bk*,    Attention: Bankruptcy,   PO Box 15298,
             Wilmington, DE 19850-5298
19646451   +EDI: CITICORP.COM Dec 21 2012 00:28:00      Citi*,    Centralized Bankruptcy,   PO Box 20507,
             Kansas City, MO 64195-0507
19646452   +EDI: CCS.COM Dec 21 2012 00:28:00      Credit Collection Services,    Two Wells Avenue,
             Newton, MA 02459-3246
19646453   +E-mail/Text: bknotice@erccollections.com Dec 21 2012 01:02:15       Enhanced Recovery Corp*,
             Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19646454   +EDI: AMINFOFP.COM Dec 21 2012 00:28:00      First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
19646455   +EDI: RMSC.COM Dec 21 2012 00:28:00      Gemb/JC Penny*,    Attention: Bankruptcy,   PO Box 103104,
             Roswell, GA 30076-9104
19646459   +EDI: HFC.COM Dec 21 2012 00:28:00      Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
19646462   +E-mail/Text: sdemars@rjh-law.com Dec 21 2012 01:01:41       Law Offices of Ronald Hennings,
             PO Box 4106,   St. Charles, IL 60174-9080
19646463   +EDI: RESURGENT.COM Dec 21 2012 00:28:00      Lvnv Funding Llc,    Po Box 740281,
             Houston, TX 77274-0281
19646465   +EDI: MID8.COM Dec 21 2012 00:28:00      Midland Funding,    8875 Aero Dr,
             San Diego, CA 92123-2255
19646468   +EDI: PINNACLE.COM Dec 21 2012 00:28:00      Pinnacle Financial Gro,    7825 Washington Ave S St,
             Minneapolis, MN 55439-2411
19646471    EDI: AGFINANCE.COM Dec 21 2012 00:28:00      Springleaf Financial S,    342 W Chrysler Dr,
             Belvidere, IL 61008
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19646446*   +Capital One Auto Finance*,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3           User: lorsmith              Page 2 of 3              Date Rcvd: Dec 20, 2012
                               Form ID: ntcftfc7           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3              Date Rcvd: Dec 20, 2012
                              Form ID: ntcftfc7           Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2012 at the address(es) listed below:

        Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
        Brian K Wright     on behalf of Debtor Danny  Carney bw@wrightandassociateslaw.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Paul S. Godlewski   on behalf of Creditor   Springleaf Financial Services of Illinois, Inc. psglegal@aol.com

        TOTAL: 4