UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CARNEY, DANNY | § | Case No. 12-84145 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/22/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 04/18/2013          By: /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| In re: CARNEY, DANNY | § | Case No. 12-84145 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,000.00 |
| *and approved disbursements of* | $ | 11.50 |
| *leaving a balance on hand of* [1] | $ | 14,988.50 |
| **Balance on hand:** | $ | 14,988.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 14,988.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,250.00 | 0.00 | 2,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 5,044.50 | 0.00 | 5,044.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 93.57 | 0.00 | 93.57 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 7,681.07 |
| Remaining balance: | $ | 7,307.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,307.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,307.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,206.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 79.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 394.47 | 0.00 | 313.11 |
| 2 | American InfoSource LP | 7,653.67 | 0.00 | 6,074.81 |
| 3 | American InfoSource LP | 1,025.39 | 0.00 | 813.86 |
| 4 | Rockford Mercantile Agency, Inc. | 133.11 | 0.00 | 105.65 |

Total to be paid for timely general unsecured claims: $ 7,307.43
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                        Case No. 12-84145-TML
Danny Carney                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: mreilly               Page 1 of 3           Date Rcvd: May 01, 2013
                              Form ID: pdf006             Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db           +Danny Carney,    273 Ellen St,    Sycamore, IL 60178-1305
19646442     +Alice Carney,    273 Ellen St,    Sycamore, IL 60178-1305
20166137     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
19868045     +Atlas Acquisitions LLC  (First Premier Bank),    294 Union St.,    Hackensack, NJ 07601-4303
19646447     +Capital One, N.a.,    Capital One Bank USA N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
19646448     +Chase Mht Bk,    Attention: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
19646449     +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
19646450     +Cheryl Column,    co Klein, Stoddard, Buck, Waller & Lewis,    2045 Aberdeen Court, Suite A,
               Sycamore, IL 60178-3140
19646451     +Citi,   Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
19646454     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
19646456     +Harris & Harris,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
19646457     +Horizon Fin,    8585 Broadway #88,    Merrillville, IN 46410-5661
19646458     +Howard & Howard,    200 South Michigan,    Suite 1100,    Chicago, IL 60604-2461
19646459     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
19646460     +Jeff Bridge,    552 Independence Ave,    Sycamore, IL 60178-2022
19646461     +Joe Hand Promotions,    c/o Jekielek & Janis,    203 E. Pennsylvania Blvd,
               Feasterville, PA 19053-7845
19646466     +Northstar Location Services, LLC,    Attn: Financial Services Dept,    4285 Genesee St.,
               Cheektowaga, NY 14225-1943
19646467     +Perry Spohn,    105 Quinlan Ave,    DeKalb, IL 60115-8205
19646468     +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2411
19646469     +Rockford Mercantile,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
20186044     +Rockford Mercantile Agency,Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
19646470     +Slater, Tenaglia, Fritz & Hunt, P.A.,    Po Box 8500,    Philadelphia, PA 19178-8500
19646472     +Steve Richardson,    241 Ellen St.,    Sycamore, IL 60178-1305
19646473     +Torres Crdit,    TCS Inc.,    PO Box 189,    Carlisle, PA 17013-0189

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19646443      E-mail/Text: ebnbankruptcy@ahm.honda.com May 02 2013 03:39:17      American Honda Finance*,
               PO Box 168088,    Irving, TX, 75016
19646444      E-mail/Text: bnc-applied@quantum3group.com May 02 2013 05:21:26      Applied Bank,
               601 Delaware Ave,    Wilmington, DE 19801
19646441     +E-mail/PDF: recoverybankruptcy@afninet.com May 02 2013 03:59:02      Afni*,
               Attention: Bankruptcy,    1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
20103019      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 02 2013 04:58:35
               American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
               Oklahoma City, OK  73124-8838
19744654     +E-mail/Text: bnc@atlasacq.com May 02 2013 03:44:35      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
19646445     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM May 02 2013 03:42:56
               Capital One Auto Finance*,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
19646452     +E-mail/Text: bankruptcy_notifications@ccsusa.com May 02 2013 03:40:32
               Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
19646453     +E-mail/Text: bknotice@erccollections.com May 02 2013 04:54:42      Enhanced Recovery Corp*,
               Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
19646455     +E-mail/PDF: gecsedi@recoverycorp.com May 02 2013 03:58:26      Gemb/JC Penny*,
               Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
19646462     +E-mail/Text: sdemars@rjh-law.com May 02 2013 04:51:33      Law Offices of Ronald Hennings,
               PO Box 4106,    St. Charles, IL 60174-9080
19646463     +E-mail/Text: resurgentbknotifications@resurgent.com May 02 2013 03:30:50      Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
19646464     +Fax: 847-227-2151 May 02 2013 04:22:19      Medical Recovery Specialists,    2250 E. Devon Ave,
               Suite 352,    Des Plaines, IL 60018-4519
19646465     +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2013 03:35:31      Midland Funding,    8875 Aero Dr,
               San Diego, CA 92123-2255
19646471      E-mail/PDF: cbp@slfs.com May 02 2013 04:58:39      Springleaf Financial S,    342 W Chrysler Dr,
               Belvidere, IL 61008
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19646446*    +Capital One Auto Finance*,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: mreilly              Page 2 of 3              Date Rcvd: May 01, 2013
                              Form ID: pdf006            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: mreilly              Page 3 of 3              Date Rcvd: May 01, 2013
                              Form ID: pdf006            Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2013 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Plaintiff Bernard J. Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Brian K Wright    on behalf of Defendant Danny  Carney bw@wrightandassociateslaw.com,
               jackie@wrightandassociateslaw.com
              Brian K Wright    on behalf of Debtor Danny  Carney bw@wrightandassociateslaw.com,
               jackie@wrightandassociateslaw.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Meghan N Bolte    on behalf of Plaintiff Bernard J. Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Paul S. Godlewski    on behalf of Creditor   Springleaf Financial Services of Illinois, Inc.
               psglegal@aol.com
              Stephen A Clark    on behalf of Plaintiff Perry C Spohn sc@clarkbklaw.com,
               sclarkbk@gmail.com;svnclark@gmail.com
                                                                                             TOTAL: 11
```