# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CARNEY, DANNY                           § Case No. 12-84145
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $136,850.00                    Assets Exempt: $16,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,307.43        Claims Discharged
                                                  Without Payment: $202,535.99

Total Expenses of Administration: $7,692.57

---

    3)  Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,954.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,692.57 | 7,692.57 | 7,692.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 200,769.78 | 9,206.64 | 9,206.64 | 7,307.43 |
| **TOTAL DISBURSEMENTS** | $321,723.78 | $16,899.21 | $16,899.21 | $15,000.00 |

    4) This case was originally filed under Chapter 7 on October 31, 2012. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2013    By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory, Fixtures, etc Joker's Bar & Grill | 1229-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Mtg | 4110-000 | 96,954.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance* | 4110-000 | 24,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,954.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 93.57 | 93.57 | 93.57 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 5,044.50 | 5,044.50 | 5,044.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 11.50 | 11.50 | 11.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $7,692.57 | $7,692.57 | $7,692.57 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | N/A | 394.47 | 394.47 | 313.11 |
| 2 | American InfoSource LP | 7100-000 | N/A | 7,653.67 | 7,653.67 | 6,074.81 |
| 3 | American InfoSource LP | 7100-000 | N/A | 1,025.39 | 1,025.39 | 813.86 |
| 4 | Rockford Mercantile Agency, Inc. | 7100-000 | 133.00 | 133.11 | 133.11 | 105.65 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 386.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Ronald Hennings | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Medical Recovery Specialists | 7100-000 | 11.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard & Howard | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Joe Hand Promotions c/o Jekielek & Janis | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 821.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding | 7100-000 | 789.00 | N/A | N/A | 0.00 |
| NOTFILED | Steve Richardson | 7100-000 | 73,302.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Torres Crdit* TCS Inc. | 7100-000 | 444.00 | N/A | N/A | 0.00 |
| NOTFILED | Springleaf Financial S | 7100-000 | 2,845.00 | N/A | N/A | 0.00 |
| NOTFILED | Slater, Tenaglia, Fritz & Hunt, P.A. | 7100-000 | 742.76 | N/A | N/A | 0.00 |
| NOTFILED | Perry Spohn | 7100-000 | 56,420.00 | N/A | N/A | 0.00 |
| NOTFILED | Horizon Fin | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Location Services, LLC | 7100-000 | 7,653.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services Two Wells Avenue | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 237.82 | N/A | N/A | 0.00 |
| NOTFILED | Afni* | 7100-000 | 282.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance* | 7100-000 | 23,378.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance* | 7100-000 | 9,519.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corp* | 7100-000 | 418.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi* Centralized Bankruptcy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cheryl Column co Klein, Stoddard, Buck, Waller & | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a.* Capital One Bank USA N.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk* | 7100-000 | 3,095.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/JC Penny* | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $200,769.78 | $9,206.64 | $9,206.64 | $7,307.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84145  
**Case Name:** CARNEY, DANNY

**Period Ending:** 08/15/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/31/12 (f)  
**§341(a) Meeting Date:** 12/06/12  
**Claims Bar Date:** 03/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LOT 104 - JULIE MACALISTER RESUBDIVISION 273 Ell | 110,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account Castle Bank Sycamore, IL 60178 | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Misc HHG, no item over $400 Debtor's Residence | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing 273 Ellen Street Sycamore, IL 60178 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms x 3 Debtor's Residence | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Automobile Debtor's Residence | 24,000.00 | 0.00 | | 0.00 | FA |
| 8 | Stocks and interest incorporated and unincorpora (u) | 0.00 | Unknown | | 0.00 | FA |
| 9 | Inventory, Fixtures, etc Joker's Bar & Grill (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 9 | **Assets** Totals (Excluding unknown values) | **$136,850.00** | **$15,000.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED APRIL 2013

**Initial Projected Date Of Final Report (TFR):**   May 31, 2013          **Current Projected Date Of Final Report (TFR):**   April 18, 2013 (Actual)

Printed: 08/15/2013 10:50 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-84145 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | CARNEY, DANNY | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3166 - Checking Account |
| **Taxpayer ID #:** | **-***7975 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 08/15/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/13 | {9} | Danny Carney | Pymt on Compromise & Sale of Inventory & Equipment Joker's Bar & Grill | 1229-000 | 15,000.00 | | 15,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.50 | 14,988.50 |
| 05/23/13 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,250.00, Trustee Compensation;  Reference: | 2100-000 | | 2,250.00 | 12,738.50 |
| 05/23/13 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: RECARNEY RICHARDSON ET AL | 2700-000 | | 293.00 | 12,445.50 |
| 05/23/13 | 103 | Atlas Acquisitions LLC | Distribution paid  79.37% on $394.47; Claim# 1; Filed: $394.47; Reference: 9666/FIRST PREMIER BANK | 7100-000 | | 313.11 | 12,132.39 |
| 05/23/13 | 104 | American InfoSource LP | Distribution paid  79.37% on $7,653.67; Claim# 2; Filed: $7,653.67; Reference: 1014 | 7100-000 | | 6,074.81 | 6,057.58 |
| 05/23/13 | 105 | American InfoSource LP | Distribution paid  79.37% on $1,025.39; Claim# 3; Filed: $1,025.39; Reference: 5560 | 7100-000 | | 813.86 | 5,243.72 |
| 05/23/13 | 106 | Rockford Mercantile Agency,Inc. | Distribution paid  79.37% on $133.11; Claim# 4; Filed: $133.11; Reference: MIDWEST ORTHO | 7100-000 | | 105.65 | 5,138.07 |
| 05/23/13 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 5,138.07 | 0.00 |
| | | | Dividend paid 100.00%      5,044.50 on $5,044.50;  Claim# ATTY; Filed: $5,044.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%          93.57 on $93.57;  Claim# EXP; Filed: $93.57 | 3120-000 | | | 0.00 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 15,000.00 | 15,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,000.00** | **$15,000.00** | |

{} Asset reference(s)

Printed: 08/15/2013 10:50 AM     V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-84145 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** CARNEY, DANNY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3166 - Checking Account |
| **Taxpayer ID #:** **-***7975 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 08/15/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 15,000.00 | | | | | |
| | | Net Estate : $15,000.00 | | | | | |

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | **Checking # ******3166** | **15,000.00** | **15,000.00** | **0.00** |
| | | **$15,000.00** | **$15,000.00** | **$0.00** |

{} Asset reference(s)                                                                                   Printed: 08/15/2013 10:50 AM    V.13.13